**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**ROBERT MCLAUGHLIN, et al.**,

*Plaintiffs,*

v.

**UNITED STATES OF AMERICA, et al.**,

*Defendants.*

**Case No. 2:26-cv-03281-JDW**

**ORDER**

**AND NOW**, this 15th day of October, 2026, following a call with Counsel for the Parties, it is **ORDERED** as follows:

1. The United States of America's response to the Complaint (or a pre-motion letter) is due by October 16, 2026; and

2. This case is **REFERRED** to Magistrate Judge Scott W. Reid for purposes of conducting settlement proceedings, as Judge Reid deems appropriate.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.