**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT MCLAUGHLIN, CHRISTINE MCLAUGHLIN, individually and as P/N/G of K.M, JOHN MCLAUGHLIN, AND K.M.** | ) | **<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO Fed.R.Civ.P. 41(a)(1)(A)(i)</u>** |
| Plaintiffs, | ) | |
| **v.** | ) | Case No: 2:26-cv-03281-JDW |
| **UNITED STATES OF AMERICA, et al.,** | ) | |
| Defendants. | ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. (41)(a)(1)(A)(i)</u>**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiffs Robert McLaughlin, Christine McLaughlin, individually and as P/N/G of K.M., John McLaughlin and K.M., hereby voluntarily dismiss, without prejudice:

1. Count VI of the Complaint, in its entirety;
2. Count VII of the Complaint, in its entirety; and
3. Counts XXII and XXIII of the Complaint, solely as to Defendant, the United States of America.

**FRITZ & BIANCULLI, LLC**

By: Kristy E. Fischer
KRISTY E. FISCHER, ESQUIRE
*Attorney for Plaintiffs*

Date: 10/22/26